# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Samsung Cellular Telephone seized from<br>Jason D. Smith on September 2, 2015 | )<br>)<br>)  Case No.  1:15-MJ-297A<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Rhode Island____
*(identify the person or describe the property to be searched and give its location)*:
Samsung Cellular Telephone seized from Jason D. Smith on September 2, 2015

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Evidence of the aforementioned offenses. See attached Affidavit of Special Agent Kevin McNamara, Bureau of Alcohol, Tobacco, Firearms and Explosives.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 22, 2015____
                                                                                                                                *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Lincoln D. Almond                                                                 .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9/8/2015 1:45 pm__   _____
                                                                                                        *Judge's signature*

City and state:  __Providence, Rhode Island__       __Lincoln D. Almond, U.S. Magistrate Judge__
                                                                                                *Printed name and title*

## Return

| | | |
|---|---|---|
| Case No.: 15MJ297A | Date and time warrant executed: 9-3-15 | Copy of warrant and inventory left with: RISP Computer Crimes Unit |

Inventory made in the presence of: Detective Rob DiFilippo NPPD

Inventory of the property taken and name of any person(s) seized:

- Cell Phone SID Card Data

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-18-15

Executing officer's signature

Kevin McNamara  Special Agent

*Printed name and title*